JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Eric Mendez et al

            Plaintiff,

v.

Pan Ocean Co. Ltd et al
Assigned to: Judge Andre Birotte Jr

            Defendants.

Case No.  CV 17-01527-AB (RAOx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_45_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 19, 2018        _____
                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE